

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-14-00088-CR

Kurt Conrad **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8700
Honorable Maria Teresa Herr, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 5, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle, Clerk